UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 6 2018

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. |
| | § | **M-18-0074** |
| JOEL SANCHEZ, JR. | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about December 9, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOEL SANCHEZ, JR.**

knowing and in reckless disregard of the fact that individuals, who were aliens, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to transport and move said aliens within the United States in furtherance of such violation of law, that is, from a location near Penitas, Texas, to another location near Penitas, Texas, by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

### Count Two

On or about December 9, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOEL SANCHEZ, JR.**

knowing and in reckless disregard of the fact that Ana Liliam Rivas-Posada was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Penitas, Texas, to another location near

Penitas, Texas, by means of a motor vehicle, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

## Count Three

On or about December 9, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOEL SANCHEZ, JR.**

knowing and in reckless disregard of the fact that Selvin Ramon Giron-Miranda was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Penitas, Texas, to another location near Penitas, Texas, by means of a motor vehicle, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY